John K. Diviney (JKD-6836)
Alan B. Pearl & Associates, P.C.
*Attorneys for Defendant*
6800 Jericho Turnpike, Suite 218(E)
Syosset, New York 11791
Tel. No.: (516) 921-6645
Fax No.: (516) 921-6774

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ANNUITY, WELFARE, APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C AND 15D, AFL-CIO, et al.<br><br>                    Plaintiffs,<br><br>          - against-<br><br><br>BAUMANN & SONS BUSES, INC.,<br><br>                    Defendant. | No. 07-CIV-6547 (GBD)<br>**Filed via ECF**<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BAUMANN & SONS BUSES, INC. (a private non-governmental party), certifies that the following are corporate partners, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE.**

Dated: Syosset, New York
       August 20, 2007

                                                                ALAN B. PEARL & ASSOCIATES


                                                                                  /s/

                                                      By: _____
                                                        John K. Diviney (JKD-6836)
                                                 6800 Jericho Turnpike, Suite 218E
                                                 Syosset, New York 11791
                                                 (516) 921-3400