02/19/2008 11:25 FAX 516 921 6774
Feb 19. 2008 10:46AM   Brady, McGuire & Steinberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

07-CIV-6547 (GBD)

Plaintiffs,

-against-

BAUMANN & SONS BUSES, INC.,

Defendant.
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as against Defendant BAUMANN & SONS BUSES, INC. and without costs to either parties as against the others. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Hastings-on-Hudson, New York
February 19, 2008

BRADY McGUIRE & STEINBERG, P.C.

By: James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

So Ordered:

_George B. Daniels_
The Honorable George B. Daniels, U.S.D.J.
JUDGE GEORGE B. DANIELS

ALAN B. PEARL & ASSOCIATES, P.C.

By: John K. Diviney (JD-____)
Attorneys for Defendant
6800 Jericho Turnpike, Suite 218E
Syosset, New York 11791
(516) 921-3400